No. 708. PHILADELPHIA-DETROIT LINES, INC. *v.* SIMPSON, STATE ROAD COMMISSIONER, ET AL.

February 10, 1941. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Maurer* v. *Hamilton,* 309 U. S. 598, 603–604; *South Carolina Highway Dept.* v. *Barnwell Bros.,* 303 U. S. 177. *Messrs. Leo P. Kitchen* and *Dan R. Schwartz* for appellant. *Messrs. Clarence W. Meadows,* Attorney General of West Virginia, and *Robert S. Spilman* for appellees.

No. 11, original. KANSAS *v.* MISSOURI. February 10, 1941. Samuel M. Wilson, Esquire, of Lexington, Kentucky, appointed Special Master in this cause.

No. 28. SIBBACH *v.* WILSON & Co., INC. February 10, 1941. The opinion is amended by striking from the first sentence on page 7 the following words: "a litigant need not resort to the federal courts unless willing to comply with the rule, and that," and adding, after the word "comply", the words "with its provisions." The petition for rehearing is denied.